IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 13-00374-01-CR-W-HFS |
| | ) | |
| Plaintiff, | ) | **COUNTS ONE through FIVE** |
| | ) | 26 U.S.C. § 7202 |
| v. | ) | NMT 5 Years Imprisonment |
| | ) | NMT $250,000 Fine |
| GEOFFREY SCOTT CARTER, | ) | NMT 3 Years Supervised Release |
| a/k/a Scott Carter, | ) | Class D Felony |
| [DOB: 08/24/1971] | ) | |
| | ) | $100 Mandatory Special Assessment |
| Defendant. | ) | on Each Count |
| | ) | Restitution May Be Ordered |

## I N F O R M A T I O N

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNTS ONE through FIVE

1. Defendant GEOFFREY SCOTT CARTER, a/k/a Scott Carter, a resident of Grain Valley, Missouri, did business under the name Carter's Tax Service, providing payroll services to small business clients. Carter's Tax Service did business in Grain Valley, Missouri.

2. The services defendant CARTER provided to his clients included preparing and filing Forms 940 and 941 and cutting payroll checks for his clients' employees. In order to perform these services, Carter was given access to his clients' bank accounts. To pay his clients' employment taxes, defendant CARTER transferred money from their accounts into his Carter's Tax Service business bank account, and then submitted the appropriate Forms 940 and 941 to the Internal Revenue Service. He was supposed to submit the payment due along with the Forms 940 and 941.

3. During the years 2007 through 2010, defendant CARTER deducted and collected from the bank accounts of his clients, but failed to pay to the Internal Revenue Service, federal employment taxes totaling $82,580, which monies he kept and used for personal purposes.

4. On or about the dates listed below, at Grain Valley, in the Western District of Missouri, and elsewhere, defendant CARTER did willfully fail to truthfully account for and pay over to the Internal Revenue Service the federal employment taxes withheld and due and owing to the United States of America for the quarters and years listed below, which monies the defendant had deducted and collected from the bank account of the clients listed below.

| Count | Date Due | Quarter and Year | Taxes Withheld, Due and Owing | Client |
|---|---|---|---|---|
| One | 7/31/08 | Second Quarter, 2008 | $7,748.99 | Miloco, Inc. |
| Two | 10/31/08 | Third Quarter, 2008 | $8,674.53 | Jar Vision, Inc. |
| Three | 4/30/08 | First Quarter, 2008 | $7,620.34 | DRMJMM, Inc. (Lee's Summit Transmission) |
| Four | 10/31/08 | Third Quarter, 2008 | $1,571.65 | Aurora Rainbow Enterprises, Inc. |
| Five | 1/31/10 | Fourth Quarter, 2009 | $2,982.16 | Low Cost Spay and Neuter Service, Inc. |

All in violation of Title 26, United States Code, Section 7202.

                                            Tammy Dickinson
                                            United States Attorney

By    */s/ Linda Parker Marshall*

                                            Linda Parker Marshall
                                            Assistant United States Attorney

Dated: 11-5-2013